UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Adv. No.: _____

Judge: _____

Chapter: _____

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☐   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____ by the clerk:

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

*Rev.6/1/06; jml*