UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-22099 |
| William Sherwood | Adv. No.: 18-01387 |
| | Judge: Ferguson |
| | Chapter: 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____Christine Gravelle_____ by the clerk:

 18-22099    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

and it is further

☒    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____Christine Gravelle_____ by the clerk:

 18-01387    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

_____    _____    _____    _____

*Rev.6/1/06; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
William Sherwood  
    Debtor

Case No. 18-22099-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Apr 01, 2020  
　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db　　　　+William Sherwood,　　16 Rolling Rd,　　East Brunswick, NJ 08816-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:  
    Albert Russo    docs@russotrustee.com  
    Curtis M Plaza    on behalf of Interested Party    Advanced Beverage, Inc. cplaza@riker.com, sdechoyan@riker.com;agarrastegui@riker.com  
    Curtis M Plaza    on behalf of Plaintiff    Advanced Beverage, Inc. cplaza@riker.com, sdechoyan@riker.com;agarrastegui@riker.com  
    Mitchell Malzberg    on behalf of Defendant William  Sherwood mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com  
    Mitchell Malzberg    on behalf of Debtor William  Sherwood mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com  
    Morris S. Bauer    on behalf of Mediator Morris  Bauer msbauer@nmmlaw.com, rjacome@norris-law.com, relikens@nmmlaw.com  
    R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
    Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association rsolarz@kmllawgroup.com  
    Richard L Elem    on behalf of Plaintiff    Jaydeen Corporation relem@janmeyerlaw.com  
    Richard L Elem    on behalf of Creditor    Jaydeen Corporation relem@janmeyerlaw.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11