| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, LLC<br>P. O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809<br>(908) 323-2958<br>(908) 933-0808 - Facsimile<br>*Counsel to the Debtor* | **Order Filed on May 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM SHERWOOD | Chapter 13<br><br>Case No.:   18-22099/CMG<br><br>Judge:   Christine M. Gravelle |

## SUPPLEMENTAL ORDER CONFIRMING PLAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
**Case No. 18-22099/CMG**
**WILLIAM SHERWOOD**
**SUPPLEMENTAL ORDER CONFIRMING PLAN**

---

**THIS MATTER** having been brought before the Court to memorialize the Chapter 13 confirmation that was held on May 6, 2020 and the parties having appeared by and through their respective counsel of record, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Plan of the Debtor is confirmed. The Debtor has paid $10,534 to date and shall pay $465.00 per month for the next 37 months starting on June 1, 2020.

2. The Advanced Beverage proof of claim (4-1) shall be an allowed contingent claim in the amount of $1,377,228.91 to be paid pro-rata under the confirmed plan with all other General Unsecured creditors.

3. The Chapter 13 Trustee is authorized to set up and pay the plan and contingent claim of Advanced Beverage as stated in Paragraphs 1 and 2 herein.

4. The Adversary Proceeding Advanced Beverage v. Sherwood shall be settled and dismissed upon delivery to Advanced Beverage of a Note and Mortgage. Advanced Beverage has agreed to accept payment from the Debtor in the amount of $42,000.00, memorialized by a Note and a Mortgage. Payments under the plan to Advanced Beverage will be credited under the Note. Debtor shall deliver to Advanced Beverage the executed Note and Mortgage within fourteen (14) days of the entry of this Order.

5. A copy of this Order be served on all parties within seven (7) days of the date of entry.