| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, LLC<br>P. O. Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, New Jersey 08809<br>(908) 323-2958<br>(908) 933-0808 - Facsimile<br>*Counsel to the Debtor* | Order Filed on May 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM SHERWOOD | Chapter 13<br><br>Case No.:  18-22099/CMG<br><br>Judge:  Christine M. Gravelle |

## SUPPLEMENTAL ORDER CONFIRMING PLAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
**Case No. 18-22099/CMG**
**WILLIAM SHERWOOD**
**SUPPLEMENTAL ORDER CONFIRMING PLAN**

---

**THIS MATTER** having been brought before the Court to memorialize the Chapter 13 confirmation that was held on May 6, 2020 and the parties having appeared by and through their respective counsel of record, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Plan of the Debtor is confirmed. The Debtor has paid $10,534 to date and shall pay $465.00 per month for the next 37 months starting on June 1, 2020.

2. The Advanced Beverage proof of claim (4-1) shall be an allowed contingent claim in the amount of $1,377,228.91 to be paid pro-rata under the confirmed plan with all other General Unsecured creditors.

3. The Chapter 13 Trustee is authorized to set up and pay the plan and contingent claim of Advanced Beverage as stated in Paragraphs 1 and 2 herein.

4. The Adversary Proceeding Advanced Beverage v. Sherwood shall be settled and dismissed upon delivery to Advanced Beverage of a Note and Mortgage. Advanced Beverage has agreed to accept payment from the Debtor in the amount of $42,000.00, memorialized by a Note and a Mortgage. Payments under the plan to Advanced Beverage will be credited under the Note. Debtor shall deliver to Advanced Beverage the executed Note and Mortgage within fourteen (14) days of the entry of this Order.

5. A copy of this Order be served on all parties within seven (7) days of the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-22099-CMG
William Sherwood                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: May 19, 2020
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             +William Sherwood,    16 Rolling Rd,    East Brunswick, NJ 08816-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Curtis M Plaza    on behalf of Interested Party    Advanced Beverage, Inc. cplaza@riker.com,
               sdechoyan@riker.com;agarrastegui@riker.com
              Curtis M Plaza    on behalf of Plaintiff    Advanced Beverage, Inc. cplaza@riker.com,
               sdechoyan@riker.com;agarrastegui@riker.com
              Mitchell  Malzberg    on behalf of Defendant William  Sherwood mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Mitchell  Malzberg    on behalf of Debtor William  Sherwood mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Mediator Morris  Bauer msbauer@nmmlaw.com,  rjacome@norris-law.com,
               relikens@nmmlaw.com,ddewey@norris-law.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              Richard L Elem    on behalf of Plaintiff    Jaydeen Corporation relem@janmeyerlaw.com
              Richard L Elem    on behalf of Creditor    Jaydeen Corporation relem@janmeyerlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11