Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Mitchell Malzberg, Esq.
Law Offices of Mitchell J. Malzberg, LLC
PO Box 5122
6 East Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958-Phone
(908) 933-0808-Facsimile
mmalzberg@mjmalzberglaw.com
*Counsel to the Debtor*

In Re:

WILLIAM SHERWOOD

    Debtor.

Chapter 13

Case No. 18-22099/CMG

Hearing Date: July 15, 2020 at 9:00 a.m.

Honorable Christine M. Gravelle

---

## ORDER EXPUNGING CLAIM OF SIMCO SALES INC, CLAIM NUMBER 9

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 15, 2020**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
WILLIAM SHERWOOD
Case No. 18-22099/CMG
ORDER EXPUNGING CLAIM OF SIMCO SALES INC, CLAIM NUMBER 9

**THIS MATTER,** having been opened to the Court by Mitchell Malzberg Esquire, counsel to the Debtor, for an order expunging the claim of Simco Sales Inc, claim number 9, against the Debtor, and the Court having considered the application submitted in support hereof, the opposition hereto, and the arguments of counsel, and for good cause shown;

**IT IS ORDERED** that relief requested in hereby granted and the filed claim of Simco Sales Inc, Claim 9, be and is hereby expunged.

**IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties in interest within seven (7) days of entry.