UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Mitchell Malzberg, Esq.
Law Offices of Mitchell J. Malzberg, LLC
PO Box 5122
6 East Main Street, Suite 7
Clinton, New Jersey 08809
(908) 323-2958-Phone
(908) 933-0808-Facsimile
mmalzberg@mjmalzberglaw.com
*Counsel to the Debtor*

Order Filed on July 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WILLIAM SHERWOOD

Debtor.

Chapter 13

Case No.  18-22099/CMG

Hearing Date:  July 15, 2020 at 9:00 a.m.

Honorable Christine M. Gravelle

### ORDER EXPUNGING CLAIM OF SIMCO SALES INC, CLAIM NUMBER 9

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: July 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
WILLIAM SHERWOOD
Case No. 18-22099/CMG
ORDER EXPUNGING CLAIM OF SIMCO SALES INC, CLAIM NUMBER 9

**THIS MATTER,** having been opened to the Court by Mitchell Malzberg Esquire, counsel to the Debtor, for an order expunging the claim of Simco Sales Inc, claim number 9, against the Debtor, and the Court having considered the application submitted in support hereof, the opposition hereto, and the arguments of counsel, and for good cause shown;

**IT IS ORDERED** that relief requested in hereby granted and the filed claim of Simco Sales Inc, Claim 9, be and is hereby expunged.

**IT IS FURTHER ORDERED** that a copy of the within Order be served upon all parties in interest within seven (7) days of entry.

```
                      United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                           Case No. 18-22099-CMG
William Sherwood                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +William Sherwood,    16 Rolling Rd,    East Brunswick, NJ 08816-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Curtis M Plaza    on behalf of Interested Party    Advanced Beverage, Inc. cplaza@riker.com,
               sdechoyan@riker.com;agarrastegui@riker.com
              Curtis M Plaza    on behalf of Plaintiff    Advanced Beverage, Inc. cplaza@riker.com,
               sdechoyan@riker.com;agarrastegui@riker.com
              Mitchell  Malzberg    on behalf of Defendant William  Sherwood mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Mitchell  Malzberg    on behalf of Debtor William  Sherwood mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Morris S. Bauer    on behalf of Mediator Morris  Bauer msbauer@nmmlaw.com,  rjacome@norris-law.com,
               relikens@nmmlaw.com,ddewey@norris-law.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              Richard L Elem    on behalf of Plaintiff    Jaydeen Corporation relem@janmeyerlaw.com
              Richard L Elem    on behalf of Creditor    Jaydeen Corporation relem@janmeyerlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11